### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1258-SPM |
| ) | |
| MISSOURI COURTS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. Plaintiff, an inmate at Eastern Reception Diagnostic and Correctional Center in Bonne Terre, Missouri, initiated this civil action on September 15, 2020 by filing a Court-provided form complaint pursuant to 42 U.S.C. § 1983. [ECF No. 1]. Plaintiff also filed a motion for leave to proceed *in forma pauperis*. [ECF No. 2].

On September 21, 2020, the Court entered an Order directing Plaintiff to submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint, which is required when a prisoner seeks *in forma pauperis* status. [ECF No. 5]. Plaintiff's response was due on October 21, 2020, but to date, he has not complied. In consideration of Plaintiff's self-represented status, the Court will, on its own motion, give him additional time to file his submit a certified copy of his inmate account statement, in accordance with the Court's September 21, 2020 Order.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (21) days after the date of this Order, Plaintiff shall submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of this action.

**Plaintiff's failure to timely comply with this order may result in the dismissal of this case, without prejudice and without further notice.**

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of October, 2020.